BEFORE THE THIRD DIVISION, OCTOBER 10, 1963

No. 68026.—J. F. Garvey Company *v.* United States, protests 274712–KS and 279742–KS (Dallas).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 CCPA 163, C.A.D. 751), the claim of the plaintiff was sustained.